Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00364-CV

**ANNA'S LINENS**,
Appellant

v.

Jesus **PARKER**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-16403
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  August 17, 2011

DISMISSED FOR WANT OF PROSECUTION

On July 13, 2011, we notified appellant that the trial court clerk had filed a notification of late clerk's record stating that the clerk's record had not been filed because (1) appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record, and (2) appellant is not entitled to appeal without paying the fee.  We, therefore, ordered appellant to provide written proof to this court on or before July 25, 2011, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to

appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On August 4, 2011, appellant filed an untimely response to our July 13, 2011 order. We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c). Costs of this appeal are taxed against appellant. *See id.* 43.4.


PER CURIAM